BRYAN T. DAKE
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: bryan.dake@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

AUG 1 9 2021

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. TONY DWAYNE WILLIAMS, Defendant. | CR 21- 67 -BLG- DLC <br><br> INDICTMENT <br><br> FALSE STATEMENT DURING FIREARMS TRANSACTION <br> Title 18 U.S.C. § 922(a)(6) <br> (Penalty: Ten years imprisonment, $250,000 fine and three years supervised release) |
|---|---|

THE GRAND JURY CHARGES:

That on or about October 22, 2020, at Billings and within Yellowstone County, in the State and District of Montana, the defendant, TONY DWAYNE WILLIAMS, in connection with his acquisition of a firearm from Western Pawn Shop *aka* Western Pawn Brokers, Inc., a licensed federal firearms dealer,

knowingly made a false and fictitious written statement to that dealer, which was likely to deceive Western Pawn Shop *aka* Western Pawn Brokers, Inc. as to a fact material to the lawfulness of such acquisition of said firearm by the defendant under chapter 44 of Title 18, that is, the defendant represented on an ATF Firearms Transaction Record Form 4473 that he had never been convicted of a felony, when in truth and fact, he was convicted of a felony offense in the State of Louisiana, Nineteenth Judicial District, in 2012, and represented that he had not been convicted of a misdemeanor crime of domestic violence, when in truth and fact, he had been convicted of a misdemeanor crime of domestic violence in 2007 in Havre City Court, Case No. TK-2007-0001085, and 2015 in Billings Municipal Court, Docket No. TK-2015-0000889, in violation of 18 U.S.C. § 922(a)(6).

A TRUE BILL.      Foreperson signature redacted. Original document filed under seal.

_____
FOREPERSON

LEIF M. JOHNSON
Acting United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ✓ _____
Bail: Ø _____

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
### BILLINGS DIVISION

RECEIVED
2021 AUG 19 P 3:12
US MARSHALS SERVICE
BILLINGS, MONTANA

UNITED STATES OF AMERICA,

                        Plaintiff,

vs.

TONY DWAYNE WILLIAMS,

                       Defendant.

CR-21-67-BLG-DLC

**WARRANT FOR ARREST**

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

    YOU ARE HEREBY COMMANDED to arrest TONY DWAYNE WILLIAMS and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the INDICTMENT charging him with False Statement During Firearms Transaction in violation of Title 18 United States Code, Section 922(a)(6).

Assigned to: Bryan Dake

_____
A. Carrillo, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE TIMOTHY J. CAVAN
Billings, Montana



**BAIL FIXED AT NONE**
Date of Issue: 19th day of August, 2021

| RETURN | |
|---|---|
| **DATE RECEIVED:** | **LOCATION:** |
| **EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT** | |
| **DATE OF ARREST:** | *Timothy Hornung (A)* |
| **LOCATION:** | **UNITED STATES MARSHAL** |
| **BY:**          Deputy U.S. Marshal | |

PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION  ☒ INDICTMENT  ☐ COMPLAINT   CASE NO. CR 21-67-BLG-DLC

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

USA vs.
Defendant: TONY DWAYNE WILLIAMS
Address: In custody in Louisiana

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA     Billings     Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Shaylin Varhelyi, Legal Assistant
☐ U.S. Atty  ☐ Other U.S. Agency
Phone No. (406) 247-4628

Name of Asst. U.S. Attorney (if assigned): Bryan T. Dake

☐ Interpreter Required   Dialect: _____

Birth Date: 2/15/1980
☒ Male  ☐ Female  ☐ Alien (if applicable)

Social Security Number: [redacted]

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
ATF - SA Kirby Fanus

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: Billings    County: Yellowstone

**DEFENDANT**

Issue: ☒ Warrant  ☐ Summons
Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____
☐ Currently in Federal Custody
☒ Currently in State Custody
  ☒ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts: 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| 1 | 18 U.S.C. § 922(a)(6) | False Statement During Firearms Transaction | ☒ Felony ☐ Misdemeanor |
|  |  |  | ☐ Felony ☐ Misdemeanor |
|  |  |  | ☐ Felony ☐ Misdemeanor |
|  |  |  | ☐ Felony ☐ Misdemeanor |
|  |  |  | ☐ Felony ☐ Misdemeanor |

**U.S. Department of Justice**
United States Marshals Service

# DELEGATION OF APPREHENSION RESPONSIBILITY / CASE REFERRAL

THIS FORM SHOULD BE COMPLETED WHEN A LAW ENFORCEMENT AGENCY WISHES TO DELEGATE PRIMARY APPREHENSION RESPONSIBILITY FOR A STATE, LOCAL OR FEDERAL FUGITIVE TO THE UNITED STATES MARSHALS SERVICE PURSUANT TO ISD PROGRAM DIRECTIVE 4.

## DESCRIPTIVE INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| FUGITIVE NAME | Tony Dwayne Williams | | |
| ALIAS(ES) | Tony Littlered; Tony Williams | | |
| DATE(S) OF BIRTH | 02/15/1980 | SEX | M |
| PLACE(S) OF BIRTH | Louisana | RACE | black |
| SOCIAL SECURITY NUMBER(S) | [REDACTED] | HEIGHT | 6'1 |
| FBI NUMBER(S) | 928394FB0 | WEIGHT | 160 |
| STATE ID NUMBER(S) | MT02613270; LA2057956 | HAIR COLOR | BRO |
| NADDIS NUMBER(S) | | EYE COLOR | BRO |
| SCARS, MARKS, & TATTOOS | | | |
| LAST KNOWN ADDRESS(ES) | Louisana | | |
| TELEPHONE NUMBERS (PAGER, CELL PHONE, LANDLINE, ETC.) | | | |
| REASON FOR CAUTION (VIOLENT HISTORY, SUICIDAL, MEDICAL CONDITIONS, ETC.) | Arrests for Principle to Attempt Murder, Domestic Battery, Possession of Illegal Narcotics | | |

## IDENTIFICATION DOCUMENTS

| TYPE | NUMBER | STATE/COUNTRY | DATE/PLACE OF ISSUANCE |
|---|---|---|---|
| DRIVER LICENSE | | | |
| PASSPORT | | | |
| | | | |

## VEHICLE INFORMATION

| COLOR, MAKE, MODEL, YEAR | VIN | LICENSE PLATE #, STATE |
|---|---|---|
| Unknown | | |
| | | |

## ASSOCIATES

| RELATIONSHIP | NAME | DOB | ADDRESS/TELEPHONE |
|---|---|---|---|
| SPOUSE | | | |
| CHILDREN | | | |
| FATHER | | | |
| M OTHER (MAIDEN NAME) | | | |
| | | | |

USM-560 (Optional)
Rev. 08/05

## WARRANT INFORMATION

| | |
|---|---|
| DATE OF WARRANT | August 19, 2021 |
| CHARGE | 18 U.S.C. 922(a)(6) |
| ISSUING COURT, CITY, STATE | US District Court Billings, MT. |
| DATE OF OFFENSE | October 22, 2020 |
| COURT CASE # | CR-21-67-BLG-DLC |
| AGENCY CASE # | 788050-21-0027 |
| BRIEF DESCRIPTION OF OFFENSE: | Williams made a false statement on ATF Form 4473 and purchased a firearm. |
| IS THIS AN OCDETF OR HIDTA CASE? IF SO, WHICH ONE? | No |

## ADDITIONAL INFORMATION

Last known location was in Louisana

## CASE AGENT INFORMATION

| | | | |
|---|---|---|---|
| CASE AGENT NAME /TITLE | Kirby Fanus | CASE AGENT TELEPHONE | 406-200-2421 |
| CASE AGENCY | ATF | CASE AGENT BEEPER | |

BY MY SIGNATURE BELOW, I HEREBY REQUEST THAT THE UNITED STATES MARSHALS SERVICE ASSUME (CHECK ALL THAT APPLY):

☒ PRIMARY APPREHENSION RESPONSIBILITY

☒ RESPONSIBILITY FOR ENTRY OF A WANTED PERSON RECORD IN TO THE NATIONAL CRIME INFORMATION CENTER (NCIC)

FOR THE ABOVE REFERENCED FUGITIVE.

| | |
|---|---|
| Kirby Fanus ATF September 17, 2021 | [signature] 9-22-21 |
| SIGNATURE OF REQUESTING AGENT & DATE | SIGNATURE OF APPROVING USMS SUPERVISOR & DATE |